**Order entered January 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00591-CR

**NEIL NOBLE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F06-86575-Q**

## ORDER

The Court **DENIES** appellant's January 28, 2014 motion to retain the record in his appeal. Neither the documents filed in the appeal nor the community supervision appellant received, and from which he was discharged on August 24, 2012, meet the criteria for record retention. *See* TEX. GOV'T CODE ANN. § 51.204(d), (e).

/s/     CAROLYN WRIGHT
          CHIEF JUSTICE